# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| RONALD BENSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>EXPERIAN FINANCIAL )<br>SOLUTIONS, INC, )<br>)<br>Defendant. )<br>)<br>_____ ) | CASE NO.: 1:25-cv-01262-JRC |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED to by Plaintiff and Plaintiff's attorney and the Defendant, Experian Information Solutions, Inc. and Defendant, Experian Information Solutions, Inc.'s attorney, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-titled action against the Defendant shall be and hereby is dismissed with prejudice, with each side to bear its own fees and costs.

Dated: October 23, 2025
New York, New York

ATTORNEY FOR PLAINTIFF

*Pablo Bustos*
_____
Pablo E. Bustos, Esq.
Bustos & Associates, P.C.
70 West 40th Street, 8th Floor
New York, NY 10018
pbustos@bustosassociates.com

ATTORNEY FOR DEFENDANT

*/s/ Rochelle Pointdujour*
Rachelle Pointdujour
Troutman Pepper Locke LLP
875 Third Avenue
New York, New York 10022
rachelle.pointdujour@troutman.com